# *United States District Court*
### *Northern District of New York*
## CIVIL JUDGMENT

**JULIO CESAR BORRELL**

                          *Plaintiff*

        VS.                        5:06-CV-441 (FJS) (DEP)

*THE DOMINICAN REPUBLIC GOVERNMENT; FLAVIO DARIO ESPINAL, Ambassador (Washington, DC); FRANCISCO CARABALLO, Embassy Legal Unit; and JOHANNA SANCHEZ, Embassy Legal Unit*

                        *Defendants'*

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That this action is dismissed for lack of subject matter jurisdiction.

All of the above pursuant to the Order of the Honorable Senior Judge Frederick J. Scullin, Jr. dated the 8th day of June, 2006.


| **AUGUST 4, 2006** | **LAWRENCE K. BAERMAN** |
| --- | --- |
| _____ | _____ |
| **DATE** | **CLERK OF COURT** |
| | s/ |
| | _____ |
| | **JOANNE BLESKOSKI** |
| | **DEPUTY CLERK** |